UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RONALD PRINCE,<br><br>              Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>              Defendant.<br>_____/ | No. C 12-05609 LB<br><br>**ORDER DIRECTING THE GOVERNMENT TO PROVIDE THE COURT WITH AN ELECTRONIC COPY OF THE ADMINISTRATIVE RECORD** |

On February 21, 2013, the Government filed with a court a paper copy of the administrative record in this case. Notice of Filing of Administrative Transcript, ECF No. 18. To assist the court with its review of the record, the court directs the Government to lodge with the court, by June 10, 2013, a computer disk that contains a PDF file of the administrative record.

**IT IS SO ORDERED.**

Dated: May 31, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05609 LB
ORDER